# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| ROBERT LEE BOUDREAUX | CIVIL ACTION NO. 18-0956 |
| VERSUS | JUDGE DONALD E. WALTER |
| AXIALL CORP., ET AL. | MAGISTRATE JUDGE KAY |

## MEMORANDUM ORDER

Before the Court is a Motion for Partial Summary Judgment on Alleged Landowner Fault filed by the Plaintiff, Robert Lee Boudreaux. See Record Document 229. Defendants, Axiall Corporation, Axiall, LLC, and Eagle US 2 LLC, oppose the motion. See Record Document 256.

Plaintiff requests that the Court grant partial summary judgment and enter an order declaring that Plaintiff did not cause or contribute to any of the contamination or damage at issue in this case. See Record Document 229-1 at 2. Defendants argue that Plaintiff's motion should be denied because genuine issues of material fact remain concerning the comparative fault of Plaintiff and others pursuant to Louisiana Civil Code article 2323. See Record Document 256 at 4-5. Upon review of the respective filings, the Court finds that genuine issues of material fact remain on the matter of comparative fault, which should be determined at trial.

Accordingly, Plaintiff's Motion for Partial Summary Judgment on Alleged Landowner Fault (Record Document 229) is hereby **DENIED**.

**THUS DONE AND SIGNED**, this 5th day of April, 2022.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE