UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**ROBERT LEE BOUDREAUX, ET AL.** : **CIVIL ACTION NO. 2:18-CV-00956**

**VERSUS** : **JUDGE DONALD E. WALTER**

**AXIALL CORP., ET AL.** : **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

The Report and Recommendation [doc. 366] of the Magistrate Judge, and the objections thereto, having been considered and finding that the Report and Recommendation is supported by the law and the record in this matter,

**IT IS ORDERED** that Non-Party Yellow Rock, LLC's Motion to Intervene Pursuant to Rule 24 [doc. 360] be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that Non-Party Yellow Rock, LLC's Motion to Unseal Documents in Public Record [doc. 356] be **STRICKEN** from the record as improvidently filed.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 14th day of August, 2024.

**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**